NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1285

MARCTEC, LLC,

Plaintiff-Appellant,

v.

JOHNSON & JOHNSON and CORDIS CORPORATION,

Defendants-Appellees.

Appeal from the United States District Court for the Southern District of Illinois in case no. 07-CV-0825, Chief Judge David R. Herndon.

ON MOTION

O R D E R

MarcTec, LLC moves without opposition to stay the briefing schedule in 2010-1285 pending disposition of a related appeal, Marctec, LLC v. Johnson & Johnson, 2009-1457.

Appeal 2009-1457 involves the district court's determinations on the merits of the case. Appeal 2010-1285 concerns the district court's award of costs and fees.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion to stay the briefing schedule is granted. MarcTec is directed to inform this court within 21 days of entry of judgment in 2009-1457 concerning how it believes this appeal should proceed. The appellees may also respond within that time.

(2)     A copy of this order shall be transmitted to the merits panel in 2009-1457 to inform that panel of this related appeal.

FOR THE COURT

<u>APR 1 9 2010</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc:   Garret A. Leach, Esq.
      Eugene M. Gelernter, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 1 9 2010

JAN HORBALY
CLERK

2010-1285                                    - 2 -